IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY PAGE,

        Plaintiff,                  No. 2:08-cv-02231-SRT

    vs.

STEPHEN MAYBERG, et al.,

        Defendants.            <u>ORDER</u>

_____/

      Sammy Page is civilly committed under California's Sexually Violent Predator Act and proceeds pro se. Page seeks relief pursuant to the First, Fifth, and Fourteenth Amendments, as well as 42 U.S.C. § 1981(a) and 42 U.S.C. § 1983. Page has also filed an application to proceed in forma pauperis under 28 U.S.C. § 1915.

      Because Page is civilly committed, he is not a prisoner and therefore is not subject to the provisions of 28 U.S.C. § 1915 that apply to prisoners. *See Page v. Torrey*, 201 F.3d 1136 (9th Cir. 2000). Page has submitted an in forma pauperis application that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, Page will be granted leave to proceed in forma pauperis and is not required to pay the statutory filing fee for this action.

      Plaintiff's complaint states a cognizable claim for relief. Plaintiff's complaint contains an arguable basis in law and fact, and if the allegations are proven, plaintiff has a reasonable

opportunity to prevail on the merits of his claim.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's September 22, 2008 application to proceed in forma pauperis is granted.

2. Service is appropriate for the following defendants: Director of the California Department of Mental Health Stephen Mayberg, Governor Schwarzenegger, Jeremy Coles, and John Hupka.

3. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed September 23, 2008.

4. By Tuesday, May 26, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 2 above;

    d. Five copies of the complaint filed September 23, 2008.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

DATED: April 22, 2009                        /s/ Sidney R. Thomas

                                               Sidney R. Thomas, United States Circuit Judge
Sitting by Designation

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   |   |
| 8 | IN THE UNITED STATES DISTRICT COURT |   |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |   |
| 10 | SAMMY PAGE, |   |
| 11 |     Plaintiff, | No. 2:08-cv-02231-SRT |
| 12 |   vs. |   |
| 13 | STEPHEN MAYBERG, et al., |   |
| 14 |     Defendants. | NOTICE OF SUBMISSION |
| 15 | _____ / | OF DOCUMENTS |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the Complaint

DATED:

_____
Plaintiff