IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY PAGE,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN MAYBERG, et al.,<br><br>    Defendants.<br>_____/ | No. 2:08-cv-02231-SRT<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

Plaintiff's motion for leave to file a second amended complaint is GRANTED. The second amended complaint is due to this Court by Friday, June 5, 2009.

DATED: May 4, 2009

                                             /s/Sidney R. Thomas
                                        Sidney R. Thomas, United States Circuit Judge
                                        Sitting By Designation

PDF created with pdfFactory trial version www.pdffactory.com