1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   SAMMY PAGE,                                    No. 2:08-cv-02231-SRT

12              Plaintiff,
                                                    ORDER DENYING RENEWED MOTION
13   vs.                                            FOR APPOINTMENT OF COUNSEL

14   STEPHEN MAYBERG, et al.,

15              Defendants.

16   _____/

17          On May 28, 2009, plaintiff filed a renewed motion for appointment of counsel.  This

18   motion accompanied his amended complaint, also filed on May 28.  Plaintiff does not have a

19   constitutional right to appointed counsel in this action, *Rand v. Rowland*, 113 F.3d 1520, 1525

20   (9th Cir. 1997), and the court cannot require an attorney to represent plaintiff pursuant to 28

21   U.S.C. § 1915(e)(1).  *Mallard v. United States District Court for the Southern District of Iowa*,

22   490 U.S. 296, 298 (1989).  However, in certain exceptional circumstances the court may request

23   the voluntary assistance of counsel pursuant to section 1915(e)(1).  *Rand*, 113 F.3d at 1525.

24          Without a reasonable method of securing and compensating counsel, the court will seek

25   volunteer counsel only in the most serious and exceptional cases.  In determining whether

26   "exceptional circumstances exist, the district court must evaluate both the likelihood of success

27   of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the

28   complexity of the legal issues involved."  *Id.* (internal quotation marks and citations omitted).

-1-

In the present case, the court does not find the required exceptional circumstances.  At this early stage in the proceedings, Page has not provided sufficient evidence or legal argument to convince the court that he is likely to succeed on the merits.  Further, based on a review of the record in this case, the court does not find that plaintiff cannot adequately articulate his claims.

For the foregoing reasons, plaintiff's renewed motion for the appointment of counsel is HEREBY DENIED, without prejudice.

DATED: June 22, 2009

/s/ Sidney R. Thomas

_____

Sidney R. Thomas, United States Circuit Judge

Sitting By Designation