IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY PAGE,

    Plaintiff,                      No. 2:08-cv-02231-SRT

    vs.

STEPHEN MAYBERG, et al.,

    Defendants.               ORDER

_____/

    Sammy Page is civilly committed under California's Sexually Violent Predator Act and proceeds pro se.  Because Page is civilly committed, he is not a prisoner and therefore is not subject to the provisions of 28 U.S.C. § 1915 that apply to prisoners.  *See Page v. Torrey*, 201 F.3d 1136 (9th Cir. 2000).

    On May 28, 2009, Plaintiff filed an amended complaint.  Plaintiff's amended complaint states a cognizable claim for relief.  The amended complaint contains an arguable basis in law and fact, and if the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of his claim.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Service is appropriate for the following defendants: Director of the California

Department of Mental Health Stephen Mayberg, Governor Schwarzenegger, Jeremy Coles, and John Hupka.

    2.  The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed May 28, 2009.

    3.  By Friday, July 24, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 1 above;

        d. Five copies of the complaint filed May 28, 2009.

    4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

DATED: June 22, 2009

        /s/ Sidney R. Thomas
_____
Sidney R. Thomas, United States Circuit Judge
Sitting by Designation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY PAGE,

     Plaintiff,   No. 2:08-cv-02231-SRT

  vs.

STEPHEN MAYBERG, et al.,

     Defendants.   NOTICE OF SUBMISSION

_____/   OF DOCUMENTS

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____   completed summons form

    _____   completed USM-285 forms

    _____   copies of the Complaint

DATED:

                                      _____
                                      Plaintiff