UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAMMY PAGE,                                            2:08-cv-02231-SRT (PC)

    Plaintiff,                                         **ORDER**

v.

STEPHEN MAYBERG, et. al.,

    Defendants.

_____/

    Page's request for an extension of time to submit the documents requested by this Court pending this Court's decision on his motion for reconsideration of his request for counsel is GRANTED.

    Page's request for reconsideration of this Court's decision not to appoint counsel is GRANTED. Based on additional review of Page's claims, this Court finds that his claims are sufficiently complex and Page's legal training is sufficiently undeveloped to warrant appointment of counsel. Having considered Page's claims at only an initial stage, this Court finds that Page has some likelihood of success on the merits. In addition, Page is committed on noncriminal charges, a fact that further "enhanc[es] the exceptional character of the case." *Agyeman v. Corrs. Corp. of Am.*, 390 F.3d 1101, 1104 (9th Cir. 2004). Additional information about appointed counsel will be forthcoming.

1 | Page's time to submit the documents requested by this Court is extended to Thursday,
2 | September 24, 2009.
3 |
4 | DATED: August 21, 2009
5 |           /s/ Sidney R. Thomas
6 |           Sidney R. Thomas, United States Circuit Judge
7 |           Sitting By Designation