1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11
SAMMY PAGE,                                    2:08-cv-02231-SRT (PC)
12
         Plaintiff,                            **ORDER**
13
v.
14
STEPHEN MAYBERG, et. al.,
15
         Defendants.
16
_____/
17
     Page's request for reconsideration of this Court's decision not to appoint counsel is
18
GRANTED.  Mr. Joe Ramsey is hereby appointed as counsel for Page. Page's time to submit the
19
documents requested by this Court is extended to Monday, November 30, 2009.
20
         Accordingly, IT IS HEREBY ORDERED that:
21
         1. Joe Ramsey is appointed as counsel in the above entitled matter.
22
         2.  Joe Ramsey  shall notify Sujean Younger, ADR and Pro Bono Program Director,
23
         at 916-930-4278, if he has any questions related to the appointment.
24
         2.  The Clerk of the Court is directed to serve a copy of this order upon Joe Ramsey,
25
         601 University Avenue, Suite 250, Sacramento, CA 95825.
26
27
28

1 | DATED: October 29, 2009

2 |      /s/ *Sidney R. Thomas*

3 | Sidney R. Thomas, United States Circuit Judge

4 | Sitting By Designation