IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY PAGE,

    Plaintiff,   No. 2:08-cv-02231-SRT

    vs.

STEPHEN MAYBERG, et al.,   ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND

    Defendants.

_____/

    GOOD CAUSE HEREBY APPEARING, IT IS HEREBY ORDERED THAT all defendants are hereby granted sixty (60) days in which to respond from June 28, 2010. A responsive pleading shall be filed by defendants on or before August 27, 2010, per stipulation of counsel.

    It is hereby ordered that a responsive pleading shall be filed by defendants on or before August 27, 2010.

    It is hereby so ordered.

DATED: July 22, 2010

                                       /s/ Sidney R. Thomas
                                       Sidney R. Thomas, United States Circuit Judge
                                       Sitting by Designation

1