IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY PAGE,

        Plaintiff,                    No. 2:08-cv-02231-SRT

    vs.

STEPHEN MAYBERG, et al.,      **ORDER**

        Defendants.

_____/

    On August 27, 2010, Defendants filed a motion to dismiss for failure to state a claim.

    It is hereby ordered that a responsive pleading shall be filed by Plaintiff Sammy Page on or before December 15, 2010. Defendants, in turn, shall respond within 10 days of the filing of Plaintiff's response.

    It is hereby so ordered.

DATED: November 16, 2010.

                                        /s/ Sidney R. Thomas
                                Sidney R. Thomas, United States Circuit Judge
                                Sitting by Designation