IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY PAGE,

    Plaintiff,

vs.

STEPHEN MAYBERG, et al.,

    Defendants.

No. 2:08-cv-02231-SRT

**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

    It is hereby stipulated by and between the undersigned counsel for the respective parties hereto that Plaintiff shall file a responsive pleading to Defendants' Motion to Dismiss for Failure to State a Claim on or before January 14, 2011. Defendants shall reply within ten (10) days of the filing of Plaintiff's response. The parties understand that the Court may thereafter set a time for any hearing of the Motion should the Court decide that a hearing would be appropriate.

IT IS SO STIPULATED

Dated: December 7, 2010

/s/ Joe Ramsey

JOE RAMSEY
Attorney for Plaintiff

Dated: December 7, 2010

MORENO & RIVERA

/s/ Jesse M. Rivera
(as authorized on 12/7/10)

JESSE M. RIVERA
Attorney for Defendants

IT IS SO ORDERED

DATED: December 8, 2010

/s/ Sidney R. Thomas
Honorable Sidney R. Thomas
United States Circuit Judge
Sitting by Designation

1